Certificate Number: 05781-NJ-DE-036560204

Bankruptcy Case Number: 22-13160



05781-NJ-DE-036560204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2022, at 8:51 o'clock PM PDT, Rose Calabrese completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 19, 2022                By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President