UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rose Calabrese

Case No.: 22-13160
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __October 25, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 97 Courtshire Drive, Brick, New Jersey<br>Valued at $255,000.00 |
|---|---|

| Liens on property: | SPS Servicing, $206,587.16; costs of sale estimated at 10%, or $25,500.00 |
|---|---|

| Amount of equity claimed as exempt: | $27,900.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/  Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 22-13160-KCF

Rose Calabrese                                                                                  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                      Page 1 of 2
Date Rcvd: Sep 20, 2022                      Form ID: pdf905                              Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rose Calabrese, 97 Courtshire Dr, Brick, NJ 08723-7137 |
| 519560406 | | 01 Comenity Capital Bank Healthip, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519560408 | | CC Holdings Services, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519560411 | + | Credit One Bank N.A., Midland Funding Att: Bankruptcy, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 519560416 | | Resurgent, Greenville, SC 29601 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519560407 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 20:36:05 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519560409 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:01 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519560410 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:19 | Citicards DBNA, Centralized Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519560412 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:19 | Home Depot/Citibank, N.A., PO Box 790328, Saint Louis, MO 63179-0328 |
| 519560413 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2022 20:34:00 | Hsbc Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 519560414 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2022 20:35:58 | Merrick Bank Corp, Customer Service, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519560415 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 20:35:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519560417 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2022 20:35:00 | Select Portfolio Servicing, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519560418 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2022 20:35:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519560419 | | Email/Text: ClericalSupport@tenagliahunt.com | Sep 20 2022 20:34:00 | Tenaglia & Hunt, PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519560420 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:01 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 13

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 20, 2022 | Form ID: pdf905 | Total Noticed: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J. Fischer | on behalf of Debtor Rose Calabrese rugger52@aol.com btassillo@aol.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5