Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.:  22−13160−KCF
>Chapter:  7
>Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose Calabrese
   97 Courtshire Dr
   Brick, NJ 08723−7137

Social Security No.:
   xxx−xx−3070

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

97 Courtshire Drive, Brick, New Jersey


Dated: October 19, 2022
JAN: mjb

>Jeanne Naughton
>Clerk